■ J. Lasry & Sons, Inc., Appellant, v. K. L. M. Royal Dutch Airlines, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ In the Matter of Frank J. Centner et al., Petitioners, against George P. Monaghan, as Police Commissioner of the City of New York, Respondent. — Determination unanimously confirmed, with $50 costs and disbursements to the respondent and the petition dismissed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ Giosue Caputo, an Infant, by Frank Caputo, His Guardian ad Litem, et al., Appellants, v. Louis Gillot, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ In the Matter of the Arbitration between Andrew J. Lockrey, Doing Business as Lockrey Company, Respondent, and Moly Motors Products Corp., Appellant. — Order unanimously modified so as to direct that the limitation therein marked (a) read as follows: "changes, if any, in the cost of labor to Giles Varnish Company as reflected in prices to Andrew J. Lockrey doing business as The Lockrey Company since October, 1954." The limitation marked (b) in the order is affirmed. The modification of the limitation more closely reaches the arbitrable controversy between the parties than that provided in the order. Settle order on notice. Concur — Botein, J. P., Rabin, McNally and Bergan, JJ.